

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ANNETTE BURRUS, | § | No. 08-14-00265-CV |
| Appellant, | § | Appeal from the |
| v. | § | 346th Judicial District Court |
| DAVID REYES AND SONIA VALENZUELA, | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV03532) |
| Appellee's. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **March 2, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Jason P. Mestas, Court Reporter for the 346th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before March 2, 2015.

IT IS SO ORDERED this 23rd day of February, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.